KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

(206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACREMENTO DIVISION

| | |
|---|---|
| CRAIG MCCOMBS,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | Case # 2:19-CV-02574-EFB<br><br>STIPULATED EXTENSION OF TIME |

The parties hereby stipulate by counsel, Plaintiff shall have an extension of time to August 12th, 2020 to file Plaintiff's opening brief. Counsel has been ill (immunocompromised and positive for COVID). Counsel unwittingly thought this case and a few others were stayed pursuant to General Order 615. Counsel apologizes for this error. Counsel needs more time to finish due to only being able to work a few hours a day due to illness. The Opening Brief shall now be due on August 12th 2020.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Page 1    STIPULATION
         [2:19-CV-02574-EFB]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

Dated July 9, 2020:         /s/ Kelsey M Brown
                            KELSEY MACKENZIE BROWN CA #263109
                            Mackenzie Legal, PLLC
                            1003 Whitman Street
                            Tacoma, WA 98406
                             (206) 300-9063
                            Attorney for Plaintiff

Dated July 9, 2020:         s/ KELSEY M. BROWN for Ellinor Coder
                            ELLINOR CODER
                            (per e-mail authorization)
                            Special Assistant U.S. Attorney
                            Office of the General Counsel

                            Of Attorneys for Defendant

ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's motion for summary judgment and/or remand is now due on August 12, 2020. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED this 10th day of July, 2020.

_____
Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE