UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG MCCOMES,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-cv-2574-JDP<br><br>ORDER TO SHOW CAUSE |

      On July 10, 2020, the previously assigned magistrate judge approved the parties' stipulation to extend the date for plaintiff to file his motion for summary judgment and ordered plaintiff to file his motion by August 12, 2020. ECF No. 14. The deadline has passed, and plaintiff has not filed his motion for summary judgment.

      Accordingly, it is hereby ORDERED that:

      1. Within fourteen days of the date of this order, plaintiff shall show cause why sanctions should not be imposed for failure to timely file a motion for summary judgment. *See* E.D. Cal. L.R. 110.

      2. Plaintiff shall file his motion for summary judgment within fourteen days of the date of this order.

      3. Failure of plaintiff to comply with this order will result in dismissal of this action for

1 lack of prosecution and/or failure to comply with court orders.

2 So ordered.

3 Dated: October 15, 2020

_____
UNITED STATES MAGISTRATE JUDGE