**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CRAIG MCCOMBS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-02574-JDP (SS)<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>ECF No. 21 |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from November 30, 2020 to December 30, 2020.  This is the Defendant's first request for an extension of his deadlines, but the parties' second stipulation and third adjustment of deadlines (Dkt. 13-14 [Plaintiff's first stipulated extension], Dkt. 19 [Plaintiff's request for second extension]).  Defendant requests this extension in order to accomplish the necessary supervisory review of Defendant's motion, which is required due to the applicability of revised medical evidence regulations to this case.  Agency personnel are not available to review the draft prior to its current deadline.

                                                        Respectfully submitted,

1

| | | |
|---|---|---|
| Dated:  November 19, 2020 | | /s/  *Kelsey Mackenzie Brown**     <br>(*as authorized via e-mail on Nov. 18, 2020)<br>KELSEY MACKENZIE BROWN<br>Attorney for Plaintiff |
| Dated: November 18, 2020 | | McGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | By: | /s/  *Ellinor R. Coder*     <br>ELLINOR R. CODER<br>Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

**ORDER**

Pursuant to the parties' stipulation, ECF No. 21, it is hereby ordered that defendant shall have an extension, up to and including December 30, 2020, to respond to plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated: <u>   December 4, 2020   </u>                   _____
                                                         JEREMY D. PETERSON
                                                         UNITED STATES MAGISTRATE JUDGE