UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CRAIG MCCOMBS,<br>    Plaintiff,<br>v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br>    Defendant. | No. 2:19-cv-02574-JDP<br><br>STIPULATION AND ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>ECF No. 23 |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision.

///

///

///

Respectfully submitted this 14th day of December, 2020.

*/s/ Kelsey Mackenzie Brown\**
KELSEY MACKENZIE BROWN
Attorney for Plaintiff
*\*Authorized by email on Dec. 12, 2020*

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, ECF No. 23, and for cause shown, it is hereby ordered that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.  The Clerk of Court is directed to enter judgment in favor of plaintiff and close this case.

IT IS SO ORDERED.


Dated:   December 17, 2020                             _____
                                                                                   JEREMY D. PETERSON
                                                                                   UNITED STATES MAGISTRATE JUDGE